# EXHIBIT E

Lodsys LLC

March 4, 2011

**Via Federal Express**
Ms. Kari Wagensteen
Best Buy Co., Inc.
7601 Penn Ave S
Minneapolis, MN 55423



Dear Ms. Wagensteen,

Re: Infringement of U.S. Patent Nos. 5,999,908, 7,133,834, 7,222,078, and 7,620,565 (Abelow)

Lodsys, LLC a Texas limited liability company is the owner of United States Patents 5,999,908, 7,133,834, 7,222,078, and 7,620,565 (the "Lodsys Patents"). The Lodsys Patents are directed to systems and methods for providers of products and/or services to interact with users of those products and services to gather information from those users and transmit that information to the provider. Attached is a complete copy of the '908 patent as well as certain pages of the '834, '078, and '565 patents for your review.

The inventions described by these patents are used by companies to interact with users of their products and services to, among other things:

- provide online help, customer support, and tutorials
- conduct online subscription renewals
- provide for online purchasing of consumable supplies
- survey users for their impressions of their products and services
- assist customers to customize their products and services
- display interactive online advertisements
- collect information on how users actually use their products and services
- sell upgrades or complimentary products
- maintain products by providing users notice of available updates and assisting in the installation of those updates.

Some of the benefits companies receive from using these inventions are:

- increased product sales (of consumables, subscriptions, and complementary products)
- increased additional revenues (of in-product digital items and interactive advertising)
- more efficient design of subsequent products (through faster time to market, better targeted features, and the ability to interactively update products in the field)
- greater customer satisfaction (both in terms of future product development as a result of consumer input and through keeping products up to date or providing more effective online help resources in a cost efficient manner).

# Lodsys LLC

The inventions detailed in the various claims of these patents were developed by Daniel Abelow, an expert in usability and in the organization, presentation, and incorporation, of information in websites, products, services, and enterprise systems. Dan earned a Bachelor's of Science in Economics degree from the Wharton School of Business at the University of Pennsylvania in 1971 and a master's degree from Harvard University, which included graduate work at the Massachusetts Institute of Technology. As an independent consultant on presenting information via the internet, Dan's clients have included companies such as Accenture, Agilent Technologies, Cisco, Harvard Business School, IBM, and Lotus Development.

To date, companies including - **Adobe, American Express, Apple, eBay, Google, Intuit, Microsoft, Nokia, Nokia-Siemens, Nvidia, Sony, Sony-Ericsson, Verizon, Yahoo and several other Fortune 1000 companies** - have chosen to license the Lodsys Patents.

Based on Lodsys' review, this letter constitutes our notice that Best Buy Co., Inc. is infringing at least claim 37 of US 5,999,908 as it relates to consumer surveys conducted in connection with visitors viewing your company's website.

## The Lodsys Licensing Opportunity

Lodsys' patented technology provides numerous benefits to your company by reducing costs, increasing customer satisfaction, increasing revenues, and providing customer data and impressions that allow you to build more effective and relevant products faster and with greater certainty of meeting real customer needs. This is made possible by your collection of customer product usage details, demographic information, impressions on the usefulness of features or relevance of advertisements, and desires to customize your products or services and in what manner. It further occurs through the sale of consumable supplies and product upgrades or enhancements, the sale of complementary products, sales of subscription renewals, the provision of online support (to discover what customers do not understand or are having troubles with), and in product (or in website) customer satisfaction surveys and interactive advertising. These actions among many other instances of customer data collection, provide you with the opportunity to sell more products and services, build new versions faster in a competitive marketplace, have greater relevancy of your products and services (leading to greater customer satisfaction and greater brand value).

We are interested in reaching a negotiated non-litigation licensing arrangement with you for all uses of the Lodsys Patents and would like to discuss this matter with you within 21 days of your receipt of this letter. Please contact the undersigned at your earliest convenience to address this matter.

## Lodsys, LLC

Lodsys is a limited liability company based in Marshall, Texas. We have retained the firms of Kelley, Donion, Gill, Huck & Goldfarb PLLC (www.kdg-law.com) based in Seattle, Washington, and The Davis Firm, P.C. (www.bdfirm.com) based in Longview, Texas, to assist the company in the licensing of the Lodsys Patents.

Lodsys LLC

Sincerely,

*Mark Small*

Mark Small, CEO
Lodsys, LLC
Mark.Small@Lodsys.com
(903) 935-3202

*Licensing Associate:*
Tonya Jones
TJones@Lodsys.com
(903) 935-2202

Enclosures (3)

**Notice**
Lodsys LLC reserves all rights with regard to the '908, '834, '078, and '565 patents, including: (1) the right to seek damages anytime within the last six years that your company started to make use of Lodsys' patented technology; (2) the right to change its royalty rates at any time; (3) the right to change this licensing program at any time without notice, including variance to conform to applicable laws. You should not rely on any communication or lack of communication from Lodsys, Kelley, Donion, Gill, Huck & Goldfarb PLLC, or The Davis Firm Group as a relinquishment of any of Lodsys' rights.

# Best Buy

Infringement Claim Chart for

Claim 37 of U.S. Pat. No. 5,999,908

# Claim 37 of U.S. Pat. No. 5,999,908

- A system for managing information about a value to users of units of a computer product that are in use by the users, the system comprising:

- In each of the units of the computer product, a user interface which provides a medium for two-way local interaction between the user and the unit of the product,

- Interaction scripts that mediate two-way interaction between each of the users and the corresponding unit of the product via the user interface, each of the interaction scripts carrying information about the value to users of using the product,

- A value information server accessible via a public communication network from each of the units of the computer product and by a vendor of the computer product, the value information server storing interaction scripts [...] that results from the interaction scripts, and

- A communication element that carries the interaction scripts and the information that results from the interaction scripts between the units of the products and the value information server, and between the value information server and the vendor.

Claim 37 of U.S. Pat. No. 5,999,908: A system for managing information about a value to users of units of a computer product that are in use by the users



Claim 37 of U.S. Pat. No. 5,999,908 : In each of the units of the computer product, a user interface which provides a medium for two-way local interaction between the user and the unit of the product,



*User interface requires interaction by the user*

Claim 37 of U.S. Pat. No. 5,999,908: Interaction scripts that mediate two-way interaction between each of the users and the corresponding unit of the product via the user interface, each of the interaction scripts carrying information about the value to users of using the product



Information collected by the survey indicate product value to the user

Claim 37 of U.S. Pat. No. 5,999,908: A value information server accessible via a public communication network from each of the units of the computer product and by a vendor of the computer product, the value information server storing interaction scripts and the value information server storing their results from the interaction scripts



Information collected is stored

Claim 37 of U.S. Pat. No. 5,999,908: A communication element that carries the interaction scripts and the information that results from the interaction scripts between the units of the products and the value information server, and between the value information server and the vendor.



The collected data is transmitted and stored on a server system for use by the product vendor

From: (612) 291-1000
Beth Robinson
Best Buy, Inc
7601 Penn Ave South

Richfield, MN 55423

Origin ID: BBBA

 **FedEx** Express

J1115110225025

**BILL SENDER**

Ship Date: 25APR11
ActWgt: 1.0 LB
CAD: 101222969/INET3130

Delivery Address Bar Code

SHIP TO: (111) 111-1111
**Larry Freed**
**ForeSee Results, Inc.**
**625 AVIS DR STE 200**

**ANN ARBOR, MI 48108**

Ref #        105-900010-980120-90300
Invoice #
PO #
Dept #

**TUE - 26 APR  A1**

**STANDARD OVERNIGHT**

TRK#    7970 2456 3111
0201



**N8 ARBA**

**48108**
MI-US
**DTW**

500G3/25A8/7EFB

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.