# EXHIBIT G

**Lodsys LLC**

April 19, 2011

Via Federal Express
Mr. Herbert Hainer
Adidas AG
Adi-Dassler – Strasse 1
Herzogenaurach, Germany D-91074

EINGANG
26. April 2011
Herbert Hainer
CEO
F. DASSLER

Eingang
26. April 2011
General Counsel
=D. C. WOLPERT

Dear Mr. Hainer,

Re: Infringement of U.S. Patent Nos. 5,999,908, 7,133,834, 7,222,078, and 7,620,565 (Abelow)

Lodsys, LLC a Texas limited liability company is the owner of United States Patents 5,999,908, 7,133,834, 7,222,078, and 7,620,565 (the "Lodsys Patents"). The Lodsys Patents are directed to systems and methods for providers of products and/or services to interact with users of those products and services to gather information from those users and transmit that information to the provider. Attached is a complete copy of the '908 patent as well as certain pages of the '834, '078, and '565 patents for your review.

The inventions described by these patents are used by companies to interact with users of their products and services to, among other things:

- provide online help, customer support, and tutorials
- conduct online subscription renewals
- provide for online purchasing of consumable supplies
- survey users for their impressions of their products and services
- assist customers to customize their products and services
- display interactive online advertisements
- collect information on how users actually use their products and services
- sell upgrades or complimentary products
- maintain products by providing users notice of available updates and assisting in the installation of those updates.

Some of the benefits companies receive from using these inventions are:

- increased product sales (of consumables, subscriptions, and complementary products)
- increased additional revenues (of in-product digital items and interactive advertising)
- more efficient design of subsequent products (through faster time to market, better targeted features, and the ability to interactively update products in the field)
- greater customer satisfaction (both in terms of future product development as a result of consumer input and through keeping products up to date or providing more effective online help resources in a cost efficient manner).

The inventions detailed in the various claims of these patents were developed by Daniel Abelow, an expert in usability and in the organization, presentation, and incorporation, of information in websites,

# Lodsys LLC

products, services, and enterprise systems. Dan earned a Bachelor's of Science in Economics degree from the Wharton School of Business at the University of Pennsylvania in 1971 and a master's degree from Harvard University, which included graduate work at the Massachusetts Institute of Technology. As an independent consultant on presenting information via the internet, Dan's clients have included companies such as Accenture, Agilent Technologies, Cisco, Harvard Business School, IBM, and Lotus Development.

To date, companies including - **Adobe, American Express, Apple, eBay, Google, Intuit, Microsoft, Nokia, Nokia-Siemens, Nvidia, Sony, Sony-Ericsson, Verizon, Yahoo and several other Fortune 1000 companies** - have chosen to license the Lodsys Patents.

We have reviewed your use of the Lodsys Patents and have prepared the enclosed claim chart demonstrating at least one instance of how you utilize the inventions embodied in the Lodsys Patents. The images used in the charts are representative only and in addition to the charted claim of the referenced patent, you should consider the remaining claims of that patent and the other Lodsys Patents both respect to the charted utilization and with respect to other products and services offered by you.

**The Lodsys Licensing Opportunity**

Lodsys' patented technology provides numerous benefits to your company by reducing costs, increasing customer satisfaction, increasing revenues, and providing customer data and impressions that allow you to build more effective and relevant products faster and with greater certainty of meeting real customer needs. This is made possible by your collection of customer product usage details, demographic information, impressions on the usefulness of features or relevance of advertisements, and desires to customize your products or services and in what manner. It further occurs through the sale of consumable supplies and product upgrades or enhancements, the sale of complementary products, sales of subscription renewals, the provision of online support (to discover what customers do not understand or are having troubles with), and in product (or in website) customer satisfaction surveys and interactive advertising. These actions among many other instances of customer data collection, provide you with the opportunity to sell more products and services, build new versions faster in a competitive marketplace, have greater relevancy of your products and services (leading to greater customer satisfaction and greater brand value).

We are interested in reaching a negotiated non-litigation licensing arrangement with you for all of your uses of the Lodsys Patents under your brand names and would like to discuss this matter with you within 21 days of your receipt of this letter. Please contact the undersigned at your earliest convenience.

**Lodsys, LLC**

# Lodsys LLC

Lodsys is a limited liability company based in Marshall, Texas. We have retained the firms of Kelley, Donion, Gill, Huck & Goldfarb PLLC (www.kdg-law.com) based in Seattle, Washington, and The Davis Firm, P.C. (www.bdfirm.com) based in Longview, Texas, to assist the company in the licensing of the Lodsys Patents.

Sincerely,

Mark Small, CEO
Lodsys, LLC
Mark.Small@Lodsys.com
(903) 935-3202

Enclosures (3)

**Notice**
Lodsys LLC reserves all rights with regard to the '908, '834, '078, and '565 patents, including: (1) the right to seek damages anytime within the last six years that your company started to make use of Lodsys' patented technology; (2) the right to change its royalty rates at any time; (3) the right to change this licensing program at any time without notice, including variance to conform to applicable laws. You should not rely on any communication or lack of communication from Lodsys, Kelley, Donion, Gill, Huck & Goldfarb PLLC, or The Davis Firm Group as a relinquishment of any of Lodsys' rights.

# Adidas

## Infringement Claim Chart for Claim 37 of U.S. Pat. No. 5,999,908

# Claim 37 of U.S. Pat. No. 5,999,908

- A system for managing information about a value to users of units of a computer product that are in use by the users, the system comprising:
- In each of the units of the computer product, a user interface which provides a medium for two-way local interaction between the user and the unit of the product,
- Interaction scripts that mediate two-way interaction between each of the users and the corresponding unit of the product via the user interface, each of the interaction scripts carrying information about the value to users of using the product,
- A value information server accessible via a public communication network from each of the units of the computer product and by a vendor of the computer product, the value information server storing interaction scripts and the value information that results from the interaction scripts, and
- A communication element that carries the interaction scripts and the information that results from the interaction scripts between the units of the products and the value information server, and between the value information server and the vendor.





Claim 37 of U.S. Pat. No. 5,999,908 : In each of the units of the computer product, a user interface which provides a medium for two-way local interaction between the user and the unit of the product,

User interface requires interaction by the user as seen by the requirement to answer specific questions.

Customer Satisfaction Survey

Please answer the following questions before submitting the survey:

- Question 1 is required
- Question 2 is required
- Question 3 is required
- Question 4 is required
- Question 5 is required
- Question 6 is required
- Question 7 is required
- Question 8 is required
- Question 9 is required
- Question 10 is required
- Question 11 is required
- Question 12 is required
- Question 13 is required
- Question 14 is required
- Question 15 is required
- Question 16 is required

Claim 37 of U.S. Pat. No. 5,999,908: Interaction scripts that mediate two-way interaction between each of the users and the corresponding unit of the product via the user interface, each of the interaction scripts carrying information about the value to users of using the product





**Customer Satisfaction Survey**

Thanks for visiting shopadidas.com. You've been randomly chosen to take part in a brief survey to let us know what we're doing well and where we can improve. All input you provide is strictly confidential.

Please take a few minutes to share your opinions, which are essential in helping us provide the best online experience possible.

*Required questions are denoted by an* *

1: *Please rate the **number of clicks to get where you want** on this site.
1=Poor                                                              Excellent=10
1  2  3  4  5  6  7  8  9  10   Don't Know
○  ○  ○  ○  ○  ○  ○  ○  ○  ○   ○

2: *Please rate the extent to which the **products** on this website **appeal to you**.
1=Poor                                                              Excellent=10
1  2  3  4  5  6  7  8  9  10   Don't Know
○  ○  ○  ○  ○  ○  ○  ○  ○  ○   ○

3: *Please rate the **availability of the specific product(s)** you were looking for on this site.
1=Poor                                                              Excellent=10
1  2  3  4  5  6  7  8  9  10   Don't Know
○  ○  ○  ○  ○  ○  ○  ○  ○  ○   ○

4: *Please rate the **fairness of product prices** on this site.
1=Poor                                                              Excellent=10

*Information collected by the survey indicate product value to the user*

Claim 37 of U.S. Pat. No. 5,999,908: A value information server accessible via a public communication network from each of the units of the computer product and by a vendor of the computer product, the value information server storing interaction scripts and the value information that results from the interaction scripts



31: Are there any other improvements you would suggest?

○ Other, please specify

Thank you for taking our survey - and for helping us serve you better.

Since all responses are confidential, you will not receive a response from us based on your survey comments. If you would like us to contact you about your feedback, please visit the Contact Us section of our web site.

Cancel    Submit

*Information collected is stored through the submit process and user can go back to previous answers.*



Claim 37 of U.S. Pat. No. 5,999,908: A communication element that carries the interaction scripts and the information that results from the interaction scripts between the units of the products and the value information server, and between the value information server and the vendor.

*The collected data is transmitted and stored on a server system for use by the product vendor.*