**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division**

ForeSee Results, Inc.
        Plaintiff,

v.              Case No.: 1:11−cv−03886
              Honorable Ronald A. Guzman

Lodsys, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 25, 2011:

   MINUTE entry before Honorable Ronald A. Guzman:Stipulated Motion to Transfer Venue to [42,45] is granted. It is hereby ordered that Clerk of Court is to transfer case to the U.S. District Court for the Eastern District of Wisconsin. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.