

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
**CLERK**  November 28, 2011

Clerk, U.S. District Court

for the

Eastern District of Wisconsin


RE: Foresee Results, Inc. Vs. Lodsys, LLC

Case No, 11 cv 3886

:


Dear Clerk:

Pursuant to Minute Order dated 10/25/2011 by Judge Ronald A. Guzman

■ was electronically transmitted to United States District Court for the Eastern District of Wisconsin.
■

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


        Sincerely yours,
        **Michael W. Dobbins, Clerk**

        By: /s/ V. Jones
            Deputy Clerk


Enclosures

New Case No.: _____   Date: _____

cc: Non-ECF Attorneys and Pro Se Parties
New Case No.: _____   Date: _____

cc: Non-ECF Attorneys and Pro Se Parties